# EXHIBIT 1



US00D698665S

(12) **United States Design Patent** (10) **Patent No.:** **US D698,665 S**

Sifuentes et al. (45) **Date of Patent:** ** **Feb. 4, 2014**

(54) **TRAY**

(71) Applicants:**Direct Pack, Inc.**, Sun Valley, CA (US);
**Five Star Gourmet Foods, Inc.**,
Ontario, CA (US)

(72) Inventors: **Gandhi B. Sifuentes**, West Covina, CA
(US); **Craig R. Snedden**, Culver City,
CA (US); **Tal Shoshan**, Alta Loma, CA
(US)

(73) Assignees: **Direct Pack, Inc.**, Sun Valley, CA (US);
**Five Star Gourmet Foods, Inc.**,
Ontario, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/438,978**

(22) Filed: **Dec. 5, 2012**

(51) **LOC (10) Cl.** .............................................. **09-03**

(52) **U.S. Cl.**
USPC .............................. **D9/761**; D9/425; D9/431

(58) **Field of Classification Search**
USPC .......... D9/414, 419, 424, 425, 430, 431, 432,
D9/435, 761; D7/538, 549, 550.1,
D7/601–603, 605, 629; 229/105, 117.09,
229/117.26, 189, 406, 407, 902, 905,
229/915.1; 220/23.4, 23.6, 266, 281, 315,
220/318, 500, 659, 669, 674, 675, 696, 752,
220/760, 790, 793, DIG. 12, FOR. 117;
206/508, 557, 499
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,070,275 | A | * | 12/1962 | Bostrom ........................ 229/4.5 |
| D292,887 | S | * | 11/1987 | Schouten ........................ D9/424 |
| 4,807,776 | A | * | 2/1989 | Cortopassi ................. 220/23.83 |
| D444,058 | S | * | 6/2001 | Hampshire et al. ............ D9/761 |
| D513,979 | S | * | 1/2006 | Snedden et al. ............ D9/425 |
| D514,931 | S | * | 2/2006 | Snedden et al. ............ D9/425 |
| D517,405 | S | * | 3/2006 | Snedden et al. ............ D9/425 |
| D551,091 | S | * | 9/2007 | Shahsavarani ............ D9/761 |
| D597,379 | S | * | 8/2009 | Changpan ................. D7/542 |
| D607,284 | S | * | 1/2010 | Ho ........................ D7/629 |
| D628,478 | S | * | 12/2010 | Snedden et al. ............ D9/431 |
| D628,479 | S | * | 12/2010 | Snedden et al. ............ D9/431 |
| D632,170 | S | * | 2/2011 | Lawrence et al. ............ D9/425 |
| D640,129 | S | * | 6/2011 | Sifuentes et al. ............ D9/425 |
| D640,544 | S | * | 6/2011 | Sifuentes et al. ............ D9/425 |
| D642,484 | S | * | 8/2011 | Birchmeier et al. ............ D9/760 |
| D642,937 | S | * | 8/2011 | Birchmeier et al. ............ D9/760 |
| D646,969 | S | * | 10/2011 | Snedden et al. ............ D9/431 |
| D646,984 | S | * | 10/2011 | Moore et al. ................. D9/737 |
| D660,147 | S | * | 5/2012 | Snedden et al. ............ D9/435 |
| D665,663 | S | * | 8/2012 | Krupa ........................ D9/428 |
| D688,126 | S | * | 8/2013 | Snedden et al. ............ D9/435 |
| D688,941 | S | * | 9/2013 | Sifuentes et al. ............ D9/432 |

* cited by examiner

*Primary Examiner* — Mark Goodwin
(74) *Attorney, Agent, or Firm* — Frost Brown Todd LLC

(57) **CLAIM**
The ornamental design for a tray, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a tray, showing our new
design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a front elevation view thereof;
FIG. **4** is a rear elevation view thereof;
FIG. **5** is a left elevation view thereof;
FIG. **6** is a right elevation view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.

**1 Claim, 8 Drawing Sheets**



**EXHIBIT 1**



Fig.1

EXHIBIT 1



Fig.2

EXHIBIT 1



Fig.3

EXHIBIT 1



Fig.4

EXHIBIT 1



Fig.5

EXHIBIT 1



Fig.6

EXHIBIT 1



Fig.7

EXHIBIT 1



Fig.8

EXHIBIT 1

# EXHIBIT 2



EXHIBIT 2

# EXHIBIT 3



EXHIBIT 3

# EXHIBIT 4



EXHIBIT 4

# EXHIBIT 5



EXHIBIT 5

# EXHIBIT 6



EXHIBIT 6

# EXHIBIT 7



EXHIBIT 7

# EXHIBIT 8



EXHIBIT 8